# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| LAWRENCE JOHNSON, ) | CASE NO. 1:12CV1956 |
| ) | |
| Plaintiff, ) | |
| ) | MAGISTRATE JUDGE |
| v. ) | NANCY A. VECCHIARELLI |
| ) | |
| AEGIS RECEIVABLES MANAGEMENT, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | **JUDGMENT ENTRY** |

### ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE having come before the Court on the Parties' Stipulated Notice of Dismssal Without Prejudice, it is hereby ORDERED that this case is dismissed without prejudice, subject to any right of refiling and costs allocated to neither party.

SO ORDERED THIS 1st day of November, 2012.


Date: November 1, 2012      s/ *Nancy A. Vecchiarelli*
                            NANCY A. VECCHIARELLI
                            U.S. MAGISTRATE JUDGE